Argued and submitted September 23, judicial review dismissed November 13, 1991

ALFRED M. DUNCAN,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A66341)

820 P2d 901

◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼

Helen L. Cooper, Salem, argued the cause for petitioner. On the brief was Paul M. Ferder, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John Reuling, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

◼◼◼◼◼◼◼◼◼◼◼◼◼

## PER CURIAM

Petitioner seeks judicial review of an order of the Parole Board, without having sought administrative review of that order. ORS 144.335(1). He does not claim that the Board gave him incorrect information about appeal procedures. *See Jenkins v. Board of Parole* (CA A65131), *dismissed by order* June 6, 1991, *rev allowed* (September 24, 1991).

Judicial review dismissed.